Label Matrix for local noticing
0422-3
Case 20-30212-KRH
Eastern District of Virginia
Richmond
Mon Aug 15 12:45:08 EDT 2022

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Navy Federal Credit Union
c/o Silverman Theologou, LLP
11200 Rockville Pike, Suite 520
N. Bethesda, MD 20852-7105

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

SunTrust Bank now Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Truist Bank
Bankruptcy Department
VA-RVW-3034
P.O. Box 27767
Richmond, VA 23261-7767

United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

Affirm Credit
PO Box 2854
San Francisco, CA 94126-2854

Ally Bank
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Financial
P.o. Box 380901
Bloomington, MN 55438-0901

Ashley Furniture Homestore
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Best Buy
POB 9001557
Louisville, KY 40290-1557

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Comenity Bank/Kay Jewelers
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Greensky LLC
1797 Northeast Expressway
Suite 100
Atlanta, GA 30329-2451

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Navy FCU
Attn: Bankruptcy Dept
Po Box 3000
Merrifield, VA 22119-3000

Navy Federal Credit Union
1 Security Place
Merrifield, VA 22116-0000

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Paypal Plus
P.O. Box 981064
El Paso, TX 79998-1064

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

SECU
971 Corporate Blvd
Linthicum, MD 21090-2342

State Employees Credit Union
PO Box 2070
Glen Burnie, MD 21060-2070

| | | |
|---|---|---|
| Suntrust Bank<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290 PO Box 85092<br>Richmond, VA 23285-5092 | Suntrust Bank<br>Attn: Bankruptcy<br>Po Box 85092 Mc Va-Wmrk-7952<br>Richmond, VA 23285-5092 | Suntrust Bank<br>Mail Code VA-RVW-6290<br>PO Box 85092<br>Richmon, VA 23285-5092 |
| Suntrust Bank/GreenSky<br>Attn: Bankruptcy<br>Po Box 29429<br>Atlanta, GA 30359-0429 | Suntrust Bk<br>Mail Code VA-RVW-6290<br>PO Box 85092<br>Richmon, VA 23285-5092 | (p)PAYPAL<br>3505 SILVERSIDE RD<br>STE 200<br>WILMINGTON DE 19810-4905 |
| Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Truist Bank<br>P.O. Box 27767<br>Bankruptcy Department 306-40-04-95<br>Richmond, VA 23261-7767 |
| US Attorney<br>919 E. Main Street<br>Floor 19<br>Richmond, VA 23219-4622 | Virginia Department of Taxatio<br>PO Box 2156<br>Richmond, VA 23218-2156 | Wells Fargo<br>1 Home Campus<br>MAC X2303-01A<br>Des Moines, IA 50328-0010 |
| Wells Fargo Bank<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Bank<br>Mac F823f-02f<br>Po Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wf/preferr<br>Attn: Bankruptcy<br>Po Box 51193<br>Los Angeles, CA 90051-5493 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 |
| Seth Jackson Marks<br>Pagano & Marks, P.C.<br>25 E. Main Street<br>Richmond, VA 23219-2109 | Stacey G. Kelly<br>4209 Seamore St.<br>Richmond, VA 23223-2261 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Chase Card Services | Ford Motor Credit | (d)Ford Motor Credit |
|---|---|---|
| Attn: Bankruptcy | National Bankruptcy Service Ccenter | Po Box 62180 |
| Po Box 15298 | Po Box 62180 | Colorado Springs, CO 80962-0000 |
| Wilmington, DE 19850-0000 | Colorado Springs, CO 80962-0000 | |
| Jefferson Capital Systems LLC | Portfolio Recovery Associates, LLC | Swift Financial, LLC |
| Po Box 7999 | PO Box 41067 | 3505 Silverside Rd Suite 200 |
| Saint Cloud Mn 56302-9617 | Norfolk, VA 23541 | Wilmington, DE 19810 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)SunTrust Bank now Truist Bank | (d)Wells Fargo Bank, N.A. | End of Label Matrix | |
|---|---|---|---|
| Attn: Support Services | Small Business Lending Division | Mailable recipients | 56 |
| P.O. Box 85092 | P.O. Box 29482 MAC S4101-08C | Bypassed recipients | 2 |
| Richmond, VA 23286-0001 | Phoenix, AZ 85038-9482 | Total | 58 |