**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
RICHMOND DIVISION

---

IN RE:      **STACEY G. KELLY,**            Case No. 20-30212-KRH
                                                         Chapter 13
                 **Debtor.**                            Trustee: Wade

---

## **NOTICE OF MOTION**

NOTICE IS HEREBY GIVEN that a Motion to Dismiss been filed with the Court.

Attached is a copy of the Motion:

If you do not want the Court to authorize the motion, then on or before seven <u>(7) days from the date of service of this motion,</u> you or your attorney must:

       File a written objection and a copy with the Court at:

                 United States Bankruptcy Court
                 701 E. Broad Street
                 Richmond, Virginia 23219

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to the attorney for the debtor(s) (or to the debtor(s) if the debtor(s) is not represented by counsel) and to the Chapter 13 Trustee:

Address of attorney for the debtor(s):        Seth J. Marks, Esquire
                                                       Pagano & Marks, P.C.
                                                       25 E. Main Street
                                                       Richmond, VA 23219

Address of Chapter 13 Trustee:              Suzanne E. Wade
                                                       7202 Glen Forest Drive, Suite 202
                                                       Richmond, VA 23226

                                                       Respectfully submitted,

                                                       <u>STACEY G. KELLY</u>
                                                       By Counsel

Seth J. Marks, Esq. (VSB# 75153)
Pagano & Marks, P.C.
25 E. Main Street
Richmond, VA 23219
(804) 447-1002

Date: December 28, 2022

/s/ Seth J. Marks, Esq.
Seth J. Marks, Esq. (VSB# 75153)
Pagano & Marks, P.C.
25 E. Main Street
Richmond, VA 23219
(804) 447-1002

Seth J. Marks, Esq. (VSB# 75153)
Pagano & Marks, P.C.
25 E. Main Street
Richmond, VA 23219
(804) 447-1002

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE:     **STACEY G. KELLY,** | Case No. 20-30212-KRH |
| | Chapter 13 |
| **Debtor.** | Trustee: Wade |

## **MOTION TO DISMISS**

COMES NOW the Debtor, by Counsel, and moves the Court to allow the voluntary dismissal of his case, and in support thereof, state as follows:

1. The Debtor filed her voluntary petition under Chapter 13 of the U.S. Bankruptcy Code on January 14, 2020. Suzanne E. Wade was appointed as the Chapter 13 Trustee (the "Trustee") in his case.

2. The case has not previously been converted nor is there any pending motions to convert the case to Chapter 7 nor any pending motions to dismiss the case with prejudice.

3. The Debtor no longer desires to be in Chapter 13.

4. That under 11 U.S.C. 1307(b) the Debtor is entitled to have this Chapter 13 case dismissed at any time, and that the Debtor, by this motion, requests that such case be dismissed.

WHEREFORE, the Debtor moves this Court to enter an Order dismissing his current Chapter 13 case.

                                                  Respectfully Submitted,

                                                  STACEY G. KELLY

                                                  /s/ Seth J. Marks, Esq.
                                                  Seth J. Marks, Esq. (VSB# 75153)
                                                  Pagano & Marks, P.C.
                                                  25 E. Main Street
                                                  Richmond, VA 23219
                                                  (804) 447-1002

Seth J. Marks, Esq. (VSB# 75153)
Pagano & Marks, P.C.
25 E. Main Street
Richmond, VA 23219
(804) 447-1002

# CERTIFICATE OF SERVICE

I hereby certify I mailed the foregoing Motion electronically via CM/ECF to the Chapter 13 Trustee, and to all parties on the attached mailing matrix and to the parties below.

Stacey G. Kelly
4209 Seamore Street
Richmond, VA 23223

Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Suite 202
Richmond, VA  23226

Office of the US Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

/s/ Seth J. Marks, Esq.
Seth J. Marks, Esq.

Seth J. Marks, Esq. (VSB# 75153)
Pagano & Marks, P.C.
25 E. Main Street
Richmond, VA  23219
(804) 447-1002