Affirm Credit
PO Box 2854
San Francisco, CA 94126


Ally Financial*
P.o. Box 380901
Bloomington, MN 55438


Ashley Furniture Homestore*
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Best Buy*
POB 9001557
Louisville, KY 40290


Chase Card Services *
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Citibank/The Home Depot
Citicorp Credit Srvs/Centralized
Po Box 790034
St Louis, MO 63179


Citibank/The Home Depot*
Citicorp Credit Srvs
Po Box 790034
St Louis, MO 63179


Comenity Bank/Kay Jewelers*
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


Department of the Treasury*
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Ford Motor Credit *
Po Box 62180
Colorado Springs, CO 80962

Ford Motor Credit*
National Bankruptcy Service
Po Box 62180
Colorado Springs, CO 80962


Navy FCU *
Attn: Bankruptcy Dept
Po Box 3000
Merrifield, VA 22119


Navy Federal Credit Union *
1 Security Place
Merrifield, VA 22116


PayPal Credit*
PO Box 105658
Atlanta, GA 30348-5658


Paypal Plus*
P.O. Box 981064
El Paso, TX 79998-1064


SECU*
971 Corporate Blvd
Linthicum, MD 21090


Suntrust Bank
Attn: Bankruptcy
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23286


Suntrust Bank
Mail Code VA-RVW-6290
 PO Box 85092
Richmon, VA 23286


Suntrust Bank *
Mail Code VA-RVW-6290
 PO Box 85092
Richmond, VA 23286


Suntrust Bank/GreenSky*
Attn: Bankruptcy
Po Box 29429
Atlanta, GA 30359

Suntrust Bk *
Mail Code VA-RVW-6290
PO Box 85092
Richmon, VA 23286


Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Amazon*
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Care Credit*
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Lowes*
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


US Attorney
919 E. Main Street
Floor 19
Richmond, VA 23219


Va. Dept. of Taxation*


Wells Fargo Bank *
Attn: Bankruptcy
Po Box 10438
Des Moines, IA 50306

Wells Fargo Bank *
PO Box 29482
MAC S4101-08C
Phoenix, AZ 85038


Wells Fargo Bank*
Mac F823f-02f
Po Box 10438
Des Moines, IA 50306


Wells Fargo*
1 Home Campus
MAC X2303-01A
Des Moines, IA 50328-0010


Wells Fargo*


Wf/preferr
Attn: Bankruptcy
Po Box 51193
Los Angeles, CA 90051